OK MLG
12/24/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. 18mj23322 |
| Plaintiff, ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| ) | DEC 24 2018 |
| Lolia DUENA-Velasquez, ) | CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY |
| Defendant. ) | |

The undersigned complainant being, duly sworn, states:

That on or about December 22, 2018, within the Southern District of California, defendant, Lolia DUENA-Velasquez, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325 (a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jose L. Castillo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 24th DAY OF December, 2018.

_____
KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Lolia DUENA-Velasquez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 22, 2018, Border Patrol Agent T. Uffelman was performing assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 2:00 AM, Agent Uffelman observed a group of 10 individuals running east along Siempre Viva Road toward Drucker Lane. The individuals saw Agent Uffelman's marked Border Patrol vehicle and fled westbound. Agent Uffelman pursued and encountered seven individuals attempting to conceal themselves amongst the truck trailers in a truck parking lot north of Siempre Viva Rd. Agent Uffelman identified himself as a Border Patrol Agent and conducted an immigration inspection on the seven individuals, including one later identified as the defendant Lolia DUENA-Velasquez. Six of the individuals stated they are citizens of Mexico and one individual claimed citizenship from Honduras. All individuals stated they did not have immigration documents to enter or remain in the United States legally. At approximately 2:30 AM, Agent Uffelman placed all the individuals, including DUENA, under arrest. This location is approximately one mile west of the Otay Mesa Port of Entry, and one quarter of a mile north of the United States/ Mexico International Boundary.

The defendant was advised of her Miranda rights. The defendant stated that she understood her rights and was willing to answer questions without an attorney present. The defendant stated that she is a citizen of Honduras illegally present in the United States. The defendant stated that she illegally entered the United States on December 22, 2018.

Record checks revealed that the defendant was most recently removed or deported from the United States on November 10, 2014.

**Executed on December 23, 2018 at 12:00 PM.**

Daniel Anderson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 22, 2018, in violation of 8 USC 1325.

WILLIAM V. GALLO
United States Magistrate Judge

**4:51 PM, Dec 23, 2018**
Date/Time